

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

v.

D-1 JOHANNES MARTINUS VERHAAR,
D-2 ANTHONIA MARJANNE VERHAAR,
D-3 AQUILA FARMS, LLC,

           Defendants.

_____/

Case: 1:10-cr-20562
Judge: Ludington, Thomas L
MJ: Binder, Charles E
Filed: 09-22-2010 At 05:17 PM

# INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT 1
**(18 U.S.C. § 371)**

D-1 Johannes Martinus Verhaar
D-2 Anthonia Marjanne Verhaar
D-3 Aquila Farms, LLC

From at least 2000 to approximately October of 2007, the precise times unknown, in the Eastern District of Michigan, Northern Division, Johannes Martinus Verhaar, Anthonia Marjanne Verhaar, Aquila Farms, LLC, and others both known and unknown to the grand jury, knowingly and unlawfully conspired to commit an offense or offenses against the United States contrary to 8 U.S.C. §§ 1324(a)(1)(A)(iii), (iv) and (v), that is

1

Johannes Martinus Verhaar, Anthonia Marjanne Verhaar, and Aquila Farms, LLC, knowingly and in reckless disregard of the fact that an alien had come to, entered, remained, and resided in the United States in violation of law, encouraged and induced an alien to reside in the United States, attempted to conceal, harbor, and shield from detection such alien, and aided and abetted in the commission of such acts, all in violation of 18 U.S.C. § 371.

Ways and Means of the Conspiracy

1.      Johannes Verhaar, Anthonia Verhaar, and Aquila Farms, acting through its agents, operated a dairy farm in the vicinity of Bad Axe, Michigan, and employed workers in the operation.

2.      Johannes Verhaar, Anthonia Verhaar, and Aquila Farms, acting through its agents, failed to conduct the inquiries necessary to fully and accurately complete Employment Eligibility Forms (I-9 forms) for new hires, as required by law.

3.      As a consequence of the failure by Johannes Verhaar, Anthonia Verhaar, and Aquila Farms, acting through its agents, to fully and accurately complete I-9 Forms for new hires, various aliens who had come to, entered, and remained in the United States in violation of law, were hired and employed by Johannes Verhaar, Anthonia Verhaar, and Aquila Farms.

4. Johannes Verhaar, Anthonia Verhaar, and Aquila Farms, acting through its agents, encouraged and induced the illegal aliens to reside in the United States by providing the illegal aliens with employment and free housing on the farm and away from the surrounding populace.

Overt Acts

The following overt acts were committed in furtherance of the conspiracy:

1. An illegal alien worked at Aquila Farms, under the supervision of Johannes Verhaar and Anthonia Verhaar between January of 2003 and January of 2005 under one social security number and was re-hired in September of 2006 under a different social security number.

2. Having previously received written correspondence from the Social Security Administration indicating that various employees of Aquila Farms were working under invalid social security numbers, Johannes Verhaar, Anthonia Verhaar, and Aquila Farms, thereafter had some of the same employees working at Aquila Farms in 2007.

3. After receiving written notices from Immigration and Customs Enforcement (ICE) in 2007 stating that certain named individuals using specified social security numbers were not authorized to work in the United States, Johannes Verhaar, Anthonia Verhaar, and Aquila Farms thereafter employed some of the same illegal aliens without proper documentation and authorization.

3

4.      When asked on May 8, 2007, by an employee from ICE regarding the location of the housing provided to Aquila Farms employees, Johannes Verhaar and Anthonia Verhaar concealed from the ICE employee the location of a house occupied by employees of Aquila Farms.

5.      Also on May 8, 2007, Anthonia Verhaar concealed from ICE the fact that certain illegal aliens were then employed at Aquila Farms.

All in violation of 18 U.S.C. § 371.

## FORFEITURE ALLEGATIONS
### (8 U.S.C. § 1324(b), 18 U.S.C. §§ 981(a)(1)(C), 982(a)(6), 28 U.S.C. §2461 - Criminal Forfeiture)

1.      The allegations contained in this indictment are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 8, United States Code, Section 1324(b), Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(6); and Title 28, United States Code, Section 2461.

2.      As a result of the foregoing violations of Title 18, United States Code, Section 371 and  Title 8, United States Code, Section 1324(a)(1)(A)(iii), (iv) and (v) of this indictment, defendants shall forfeit to the United States (a) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violations; and (b) any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations.

4

3.      **Substitute Assets**.  Pursuant to Title 21, United States Code, Section

853(p), as incorporated by Title 18, United States Code, Section 982(b), defendants shall

forfeit substitute property, up to the value of the properties described above, if, by any act

or omission of the defendant, the property described above cannot be located upon the

exercise of due diligence; has been transferred, sold to or deposited with a third party; has

been placed beyond the jurisdiction of the court; has been substantially diminished in

value; or has been commingled with other property which cannot be divided without

difficulty.

Dated: September 22, 2010

THIS IS A TRUE BILL.

s/Grand Jury Foreperson
GRAND JURY FOREPERSON

BARBARA L. McQUADE
United States Attorney

s/Janet L. Parker
JANET L. PARKER (P34931)
Assistant United States Attorney
101 First Street, Suite 200
Bay City, MI 48708
Telephone number:  (989) 895-5712
janet.parker2@usdoj.gov

s/Barbara Colby Tanase
BARBARA COLBY TANASE (P38539)
Assistant United States Attorney
Chief, Branch Offices

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | **Case Number** |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Reassignment/Recusal Information** This matter was opened in the USAO prior to August 15, 2008   [  ]

| **Companion Case Information** | | **Companion Case Number:** |
|---|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)[1]**: | | **Judge Assigned:** |
| ☐ Yes          x No | | **AUSA's Initials:** |

Case Title: USA v.  United States v. Johannes Martinus Verhaar, et al.

**County where offense occurred :**  Huron

**Check One:**          **x Felony**               ☐ **Misdemeanor**               ☐ **Petty**

   __x__Indictment/_____Information --- **no** prior complaint.
   _____Indictment/_____Information --- based upon prior complaint [**Case number:** ]
   _____Indictment/_____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____     **Judge:** _____

   ☐    Original case was terminated; no additional charges or defendants.
   ☐    Corrects errors; no additional charges or defendants.
   ☐    Involves, for plea purposes, different charges or adds counts.
   ☐    Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

September 22, 2010
Date

Janet L. Parker
Assistant United States Attorney
101 First Street, Suite 200
Bay City, MI  48708
Phone:  989-895-5712
Fax: 989-895-5790
E-Mail address:  janet.parker2@usdoj.gov
Attorney Bar #:  34931

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09